In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-09-00108-CV

                                                ______________________________

 

 

                           KEN NORRIS AND ROY ERVIN,
Appellants

 

                                                                V.

 

                        RONALD DOCKRAY, AS EXECUTOR OF THE

ESTATES OF B.J. DOCKRAY
AND LAVON DOCKRAY, Appellee

 

 

                                                                                                  


 

 

                                         On Appeal from the 6th Judicial District Court

                                                             Lamar County, Texas

                                                            Trial
Court No. 74075

 

                                                                                                   

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                     MEMORANDUM 
OPINION

 

            Ken
Norris and Roy Ervin, the only appellants in this case, have filed motions
seeking to dismiss their appeal. 
Pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure, their
motions are granted.  Tex. R. App. P. 42.1.

            We dismiss the appeal.

 

                                                                        Bailey C. Moseley

                                                                        Justice

 

Date Submitted:          March 8, 2010

Date Decided:             March 9, 2010